# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEONARDO A. ZAPATA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>PARKWAY HOME OWNERS ASSOCIATION, INC.,<br><br>　　　　　Defendant. | Case No.: 2:13-cv-00495-GMN-GWF<br><br>**ORDER** |

On May 17, 2013, the Court dismissed Plaintiff's claims and gave leave to amend by June 15, 2013. (Order, ECF No. 3.) That deadline has now elapsed, and Plaintiff has not filed an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's complaint is **DISMISSED without prejudice**. The Clerk shall close the case and enter judgment accordingly.

**DATED** this 5th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge